**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Jet Midwest Group, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4520174** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1105 N. Market Street Suite 1300 Wilmington, DE 19801** Number, Street, City, State & ZIP Code | **5901 W. Century Blvd. Suite 1410 Los Angeles, CA 90045** P.O. Box, Number, Street, City, State & ZIP Code |
| **New Castle** County | Location of principal assets, if different from principal place of business **9200 NW 112th Street Kansas City, MO 64153** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.jetmidwestgroup.com**

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Jet Midwest Group, LLC**                                                    Case number (*if known*) _____
_____
Name

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District | | When | | Case number | |
| | _____ | | _____ | | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | _____ | | | | _____ | |
| | District | | When | | Case number, if known | |
| | _____ | | _____ | | _____ | |

Debtor   **Jet Midwest Group, LLC**                                     Case number *(if known)* _____
         Name

---

**11. Why is the case filed in** *this district?*   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

         Contact name       _____

         Phone              _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Jet Midwest Group, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 26, 2018**
                MM / DD / YYYY

**X** /s/ Karen Kraus                                    Karen Kraus
Signature of authorized representative of debtor        Printed name

Title     **Chief Operating Officer**

---

**18. Signature of attorney**

**X** /s/ Christopher A. Ward                Date **February 26, 2018**
Signature of attorney for debtor                 MM / DD / YYYY

**Christopher A. Ward 3877**
Printed name

**Polsinelli**
Firm name

**222 Delaware Ave.**
**Suite 1101**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 252-0920**     Email address    **cward@polsinelli.com**

**3877 DE**
Bar number and State

---

**ACTION BY CONSENT
AND AUTHORIZATION
OF
THE CHIEF OPERATING OFFICER
AND
MEMBER
Of
JET MIDWEST GROUP, LLC**

**Dated: February 26, 2018**

The undersigned is the Chief Operating Officer and a Member of Jet Midwest Group, LLC (the "Company"). Section 3.2(k) of the Operating Agreement of the Company provides that each officer of the Company who is also a member of the Company shall have the power and authority, on behalf of the Company to execute and file any bankruptcy petition on behalf of the Company. The undersigned hereby authorizes the following actions and adopt the following resolutions as of the date hereof:

**WHEREAS**, the Company has reviewed and considered the financial and operational condition of the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company and the contingent liabilities of the Company; and

**WHEREAS**, the Company has received, reviewed, and considered the recommendations of legal, financial, and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), as well as other non-bankruptcy alternatives.

**NOW, THEREFORE, IT IS**:

**RESOLVED,** that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company seeking an order for relief under the provisions of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**");

**RESOLVED FURTHER,** that Paul Kraus who is the Chief Executive Officer of the Company and also a member of the Company and the undersigned who is the Chief Operating Officer and also a Member of the Company (collectively, the "**Authorized Officers**"), acting alone or with the other Authorized Officer, has the authority to execute and file on behalf of the Company all petitions, schedules, lists, and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

**RESOLVED FURTHER,** that each of the Authorized Officers, acting alone or with each other, be, and hereby is, authorized and directed to employ the law firm of Polsinelli PC as counsel to represent and assist the Company in carrying out its duties under the Bankruptcy

1

Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with each other, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Polsinelli PC;

**RESOLVED FURTHER** that each of the Authorized Officers, acting alone or with each other, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in her or his discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

**RESOLVED FURTHER**, that all of the acts and transactions taken by the Authorized Officers, in the name and on behalf of the Company, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

**RESOLVED FURTHER,** that this written consent may be executed in any number of counterparts and by facsimile, portable document format, or other reproduction, and such execution shall be considered valid, binding, and effective for all purposes.

**IN WITNESS WHEREOF**, the undersigned has executed this consent and authorization as of the date first written above.

Karen Kraus

**Fill in this information to identify the case:**

Debtor name    **Jet Midwest Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 26, 2018**         X **/s/ Karen Kraus**
                                        Signature of individual signing on behalf of debtor

                                        **Karen Kraus**
                                        Printed name

                                        **Chief Operating Officer**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Jet Midwest Group, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Discovery PO Box 102242 Atlanta, GA 30368-2242 | | Trade | | | | $162,573.00 |
| Airline Consolidation Group, LLC PO Box 3797 Redondo Beach, CA 90277 | | Debt | | | | $87,494.00 |
| Alaska Air Visa Business Card PO Box 15796 Wilmington, DE 19886-5796 | | Debt | | | | $41,380.00 |
| Aviation Technical Company, Ltd. c/o He Yigon 1523 Prince's Bldg. 10 Charter Road Central Hong Kong, China | | Trade | | | | $180,000.00 |
| City of Los Angeles 225 North Hill Street, Room 122 PO Box 514818 Los Angeles, CA 90051 | | Taxes | | | | $1,569.79 |
| DeBedin & Lee LLP 2702, 27/F, The Centrium 60 Wyndham St. Central Hong Kong, China | | Professional Fees | | | | $24,029.96 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Jet Midwest Group, LLC**
　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jet Midwest Global, LLC 1105 N. Market Street Suite 1300 Wilmington, DE 19801 | | Debt | | | | $21,270.00 |
| Jet Midwest Technik, Inc. 9200 NW 112th Street Kansas City, MO 64153 | | Debt | | | | $65,070.00 |
| Kulowiec & Jorquera 65 Autumn Ridge Road Pound Ridge, NY 10576 | | Professional Fees | | | | $473,500.00 |
| Loeffler Corozza 6100 College Blvd. Overland Park, KS 66211 | | Personal Loan | | | | $172,400.00 |
| Mojave Jet, LLC 2432 Fly Road Nolensville, TN 37135 | | Debt | | | | $485,970.72 |
| Paradigm Vision, LLC 1105 N. Market Street Suite 1300 Wilmington, DE 19801 | | Personal Loan | | | | $762,000.00 |
| PMC Aviation 2012-1, LLC 2711 Centerville Road Suite 400 Wilmington, DE 19808 | | Pending Litigation | Contingent Unliquidated Disputed | | | $0.00 |
| World Fuel Services Corporation 2458 Paysphere Circle Chicago, IL 60674-0024 | | Debt | | | | $85,302.84 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com 　　　 Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re  **Jet Midwest Group, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Karen Kraus** | | **99%** | |
| **Paul Kraus** | | **1%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 26, 2018**

Signature  **/s/ Karen Kraus**

**Karen Kraus**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re   **Jet Midwest Group, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Jet Midwest Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Karen Kraus**

☐ None [*Check if applicable*]

**February 26, 2018** _____

Date

**/s/ Christopher A. Ward** _____

**Christopher A. Ward 3877**

Signature of Attorney or Litigant

Counsel for   **Jet Midwest Group, LLC**

**Polsinelli**

**222 Delaware Ave.**
**Suite 1101**
**Wilmington, DE 19801**
**(302) 252-0920 Fax:(302) 252-0921**
**cward@polsinelli.com**