**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:                    Chapter 11

Candi Controls, Inc.

    Debtor-in-Possession                    Case No.        18-10679-CSS

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )   Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X )  Insufficient response to the United States Trustee communication/contact for service on the committee.

(  )   No unsecured creditor interest

(  )   Non-operating debtor-in-possession - - No creditor interest.

(  )   Application to convert to Chapter 7 or to dismiss pending.

(  )   Converted or dismissed.

(  )   Other:

                                          ANDREW R. VARA,
                                          **ACTING UNITED STATES TRUSTEE REGION THREE**

                                          /s/ David L. Buchbinder
                                          Thomas Patrick Tinker
                                          Assistant United States Trustee

DATED:  April 6, 2018

Trial Attorney Assigned to Case:  David L. Buchbinder
Attorney for Debtor:  Fred Rosner, The Rosner Law Group LLC