**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>**Jet Midwest Group, LLC,**<br><br>Debtor. | Chapter 11<br>Case No. 18-10395 (KJC) |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

Andrew R. Vara, United States Trustee for Region Three ("U. S. Trustee"), by and through his counsel, hereby withdraws Docket Entry 103 filed April 6, 2018. The Document was erroneously filed in the wrong case.

**Andrew R. Vara,**
**Acting United States Trustee, Region Three**

Dated: April 9, 2018     **BY:** _____/s/_____
David L. Buchbinder, Esquire
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Suite 2313, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (Fax)